Stephen J. Edelstein, Esq. – Attorney I.D. 285031972
**WEINER LAW GROUP LLP**
629 Parsippany Road
Parsippany, New Jersey 07054
Tel. (973) 403-1100; Fax (973) 403-0010
E-Mail sedelstein@weiner.law
Attorneys for Plaintiff Ashley Kim

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASHLEY KIM,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>Defendants. | **Civil Action No. 3:25-cv-14302-MAS-RLS**<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to F.R.C.P. 41, the with matter is voluntarily dismissed by the Plaintiff and her Counsel with prejudice and without costs or fees against any party.

WEINER LAW GROUP, LLC
Attorneys for the Plaintiff

By______________________
Stephen Edelstein, Esq.

Dated: 10/29/25

SAUL EWING, LLP
Attorneys for the Defendant

By______________________
James A. Keller, Esq.

Dated: 10/29/2025

**So Ordered this 4th day of November 2025**

______________________
**Honorable Michael A. Shipp, U.S.D.J.**